# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Michelle Rosen Silverman**
Kimberly J. Salomon**
Robert H. Johnson***
Dipesh Patel**

OF COUNSEL
Michael J. Connolly***
William A. Calandra*

MEMBER NJ & PA BAR *
MEMBER NJ & NY BAR **
MEMBER NJ BAR ***

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

September 14, 2010

*Via: ECF and E-Mail*
Honorable Novalyn L. Winfield, USBJ
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

Re:   **Kearny Industrial Associates, LP**
      **Case No.: 07-10169**

      **Charles M. Forman, Trustee v. Hooper Street Acquisition, LLC, et als.**
      **Adv. Proc. No.: 09-1001**

Dear Judge Winfield:

This office represents Charles M. Forman, duly appointed Chapter 7 Trustee in the above-referenced matter.

On or about July 2, 2009, the Trustee initiated an adversary proceeding against several parties who had asserted liens or claims against the real property owned by the Debtor herein located at 60 Passaic Street, Kearny, New Jersey (the "Kearny Property"). Since the filing, the Trustee has resolved the cause of action with the IRS and same has been memorialized on the docket. The Trustee has also reached agreements to settle the case with two of the mortgagee defendants, namely Hooper Street Acquisitions and Fortunato Realty. Those settlements were reached in principle but, as of recently, not memorialized because of issues related to the proposed sale of the Kearny Property.

Specifically, last September, the Trustee moved for authority to sell the Kearny Property. It was the understanding between the Trustee and the various defendants that all claims and defenses involved in the adversary proceeding would be resolved and disposed of in connection with the proposed sale and the order approving said sale.

As Your Honor is aware, that sale collapsed a few months ago. The Trustee attempted to keep the deal alive and the sale motion was carried on the docket from time to time until ultimately, it was withdrawn this past April.

Hon. Novalyn L. Winfield, USBJ
September 14, 2010
Page 2 of 2

The Trustee recently filed a motion to approve a letter of intent as to a substitute sale of the property (the "LOI Motion"). This motion came on for hearing on August 23, 2010 at which time the Court denied the motion, without prejudice, due to procedural concerns.

The Trustee anticipates bringing the sale back before the Court by way of motion to approve contract and bid procedures to be filed in the relatively near future. In any event, the contemplated sale, however, involves different parties and a different structure and will not, as presently constituted, accomplish the consensual resolution of the issues involved in the Trustee's complaint in the same manner as the prior proposed deal. Particularly, the Trustee expects that there will be issues with respect to the claims asserted against Quality Tax Holdings, which holds several tax liens against the property. In light of Judge Kaplan's recent decision in the case of In re Princeton Office Park, 423 BR 795 (Bankr. NJ 2010), the Trustee intends to seek reduction of the amount of interest claimed as to said liens. The Trustee expects, of course, that Quality Tax Holdings will resist such efforts.

Additionally, the Trustee notes that the Goldman/DiLorenzo Group was integrated into the prior proposed sale transaction relative to remediation efforts and capping the costs thereof. In terms of the new transaction, the Goldman/DiLorenzo does not have the same role or function. Moreover, there may well be a contest over the Trustee's claim in the complaint to void the third position mortgage and/or other liens asserted by Goldman/DiLorenzo as avoidable preferences and on other grounds.

Due to the collapse of the original sale, it is now necessary to restore the adversary litigation to an active track, initially, to memorialize the resolutions with Fortunato Realty and Hooper Street and, thereafter, to adjudicate the claims relative to Quality Tax Holdings and Goldman/DiLorenzo. The Trustee intends to file pleadings memorializing the settlements with Fortunato and Hooper Street. The Trustee also requests the scheduling of a conference in order to put the adversary litigation back on track.

We thank the Court for its indulgence.

Respectfully,

David S. Catuogno

DSC/dmm
cc:   Charles M. Forman, Chapter 7 Trustee
      All Parties on Attached Service List
M:\CMF\KEARNY INDUSTRIAL\LTRS\WINFIELD-4.doc

## The Following Parties Served – Via Electronic Filing

| | |
|---|---|
| Hal L. Baume | hbaume@foxrothschild.com<br>nhawke@foxrothschild.com;rsolomon@foxrothschild.com |
| Jeffrey Bernstein | jbernstein@mdmc-law.com<br>rdonovan@mdmc-law.com<br>malimario@mdmc-law.com |
| Joseph Casello | jcasello@cvclaw.net |
| Michael J. Connolly | mconnolly@bressler.com<br>mkraft@bressler.com |
| Frank P Kapusinski | fkapusinski@scarincihollenbeck.com |
| James N. Lawlor | jlawlor@wmd-law.com<br>gbenaur@wmd-law.com |
| Rachel Jeanne Lehr | Rachel.Lehr@law.dol.lps.state.nj.us<br>rjlehr@aol.com |
| Mark J. McPherson | mmcpher@lawwmm.com |
| Charles A. Stanziale | cstanziale@mccarter.com<br>cbeirne@mccarter.com<br>ofrias@mccarter.com<br>acimino@mccarter.com<br>dcrecca@mccarter.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com<br>lrestivo@mccarter.com |
| Joseph M. Vann | jvann@ctswlaw.com<br>iabel@ctswlaw.com |
| Daniel J Yablonsky | ecfmail@yablaw.com |
| Joseph R. Zapata | jzapata@foxrothschild.com<br>rsolomon@foxrothschild.com;nhawke@foxrothschild.com |
| Robin I. London-Zeitz | rzeitz@zeitzstein.com, gzeitz@zeitzstein.com |
| Robert F. Saal | Robert.F.Saal@IRSCOUNSEL.TREAS.GOV |

| | | |
|---|---|---|
| George Jacobs | George@jacobs-enterprises.com | |
| Jack Fersko | jfersko@farerlaw.com | |

## The Following Parties Served – Via First Class Mail

| | | |
|---|---|---|
| John F. Dickinson, Jr.<br>Deputy Attorney General<br>Dept. of Law & Public Safety<br>Division of Law<br>Richard J. Hughes Justice Comp.<br>PO Box 093<br>Trenton, NJ 08625-0093 | NJ Dept. of Environmental<br>Protection<br>P.O. Box 402<br>Trenton, NJ 08625 | US EPA<br>Region 2<br>290 Broadway<br>New York, NY 10007-1866 |
| Quality Tax Holdings<br>c/o Scarinici & Hollenbeck, LLC<br>1100 Valley Brook Avenue<br>Lyndhurst, NJ 07071 | David W. Reger, Esq.<br>Bressler Amery & Ross<br>325 Columbia Turnpike<br>Florham Park, NJ 07932 | Gregory J. Castano<br>Castano Quigley LLC<br>1120 Bloomfield Ave.<br>West Caldwell, NJ 07007 |
| Lower Passaic RiverStudy Area Site Coop.<br>Kirkpatrick & Lockhart Preston Gates<br>One Newark Center – 10th Floor<br>Newark, NJ 07102 | Quality Tax Holdings, LLC<br>c/o Backenroth Frankel & Krinsky<br>489 Fifth Ave.<br>New York, NY 10017 | GHC Co., In Liquidation<br>c/o Steven R. Gray, Esq.<br>Waters McPherson, McNeill, P.C.<br>300 Lighting Way<br>Secaucus, NJ 07096 |
| United States of America:<br>Jerome W. MacLaughlin<br>U.S. Dept. of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044 | New Jersey Department Of Environmental Protection<br>PO Box 402<br>Trenton, NJ 08625 | Meridian Engineering Group Inc.<br>Brian W. Papocchia<br>33 Wood Avenue South; Seventh Floor<br>Iselin, NJ 08830 |
| Internal Revenue Service<br>PO Box 744<br>Springfield, NJ 07081 | Office Of The Attorney General<br>State of NJ Dept/Law & Public Safety<br>R.J. Hughes Justice Complex<br>25 Market St<br>Trenton, NJ 08625 | State Of New Jersey Dept Of Treasury<br>Division Of Taxation<br>PO Box 288<br>Trenton, NJ 08695-0288 |
| State of NJ, Dept. of Env. Protection<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>PO Box 093<br>Trenton, NJ 08625 | Goldberg, Mufson & Spar, PA<br>200 Executive Drive<br>West Orange, NJ 07052 | Ravin Greenberg, PC<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 |
| State of New Jersey<br>PO Box 245<br>Trenton, NJ 08695 | Joseph Casello, Esq.<br>Collins, Vella & Casello<br>1451 Highway 34 South – S303<br>Farmingdale, NJ 07727 | Bressler, Amery &Ross<br>325 Columbia Turnpike<br>Florham Park, NJ 07932 |

| | | |
|---|---|---|
| Kronish Lieb Weiner & Hellman, LLP<br>Attn: Lawrence C. Gottleb, Esq.<br>1114 Avenue of the Americas<br>New York, NY 10036 | Kearny Industrial Associates, LP<br>40 Marshall St.<br>Kearny, NJ 07032 | Bederson & Co., LLP<br>405 Northfield Ave.<br>West Orange, NJ 07052 |
| Bederson & Company<br>347 Mt. Pleasant Avenue<br>West Orange, NJ 07052 | Demetrius & Company<br>155 US Highway Route 46<br>Wayne, NJ 07470 | US EPA<br>Region 2<br>290 Broadway<br>New York, NY 10007-1866 |
| United States Trustee<br>1 Newark Ctr, S2100<br>Newark, NJ 07102 | Laura J. Wadleigh<br>Castano Quigley LLC<br>1120 Bloomfield Ave.<br>West Caldwell, NJ 07007 | Jay R. Indyke<br>Kronish Lieb Weiner & Hellman LLP<br>1114 Avenue of the Americas<br>Att: Lawrence C. Gottlleb, Esq.<br>New York, NY 10036 |
| Michael Naughton<br>Wilson Elser Moskowitz<br>Eldelman & Dicker<br>33 Washington Street – 18th Floor<br>Newark, NJ 07102 | Mr. Ivan S. Rosalsky<br>198 Highland Avenue<br>Montclair, NJ 07042 | Rosalsky Family Trust<br>c/o Ivan Rosalsky<br>40 Marshall Street<br>Kearny, NJ 07032 |
| Sharp's Furniture, Inc.<br>44 Passaic Avenue<br>Kearny, NJ 07032 | Gordon C. Duus, Esq.<br>Cole Schotz Meisel Forman & Leonard, P.A.<br>25 Main Street<br>Hackensack, NJ 07601 | Michael P. Pompeo<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 |

M:\CMF\KEARNY INDUSTRIAL\Service List-Good One.doc